United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11512-ref
Kristopher W. Kipp                                                    Chapter 13
Vicki E. Kipp
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 1           Date Rcvd: Mar 29, 2017
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb         +Kristopher W. Kipp,    Vicki E. Kipp,   305 Faith Drive,   Blandon, PA 19510-9604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:19      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              GEORGE M. LUTZ   on behalf of Joint Debtor Vicki E. Kipp glutz@hvmllaw.com,   amerkey@hvmllaw.com
              GEORGE M. LUTZ   on behalf of Debtor Kristopher W. Kipp glutz@hvmllaw.com,   amerkey@hvmllaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| In Re:<br><br>**KRISTOPHER W. AND VICKI E. KIPP,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-11512 REF** |

**ORDER**

UPON CONSIDERATION OF the motion of Debtors to avoid an alleged judicial lien (Docket No. 16-15742, Berks County Court of Common Pleas) of Discover Bank, in Debtors' exempt real property located in Berks County, Pennsylvania, and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the judicial lien of Discover Bank, if any, in Debtors' real property in Berks County is avoided in its entirety.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. 349(b)(1)(B), that dismissal of this case reinstates any lien avoided under 11 U.S.C. 522.

BY THE COURT:

_____

**Date: March 28, 2017**

**Richard E. Fehling
United States Bankruptcy Judge**

**George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610**

**Discover Bank
c/o Michael Dougherty, Esquire
170 S Independence Mall W Ste 874
Philadelphia, PA  19106**

**Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107**

**Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606**