UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  KRISTOPHER W. KIPP<br>VICKI E. KIPP<br>　　　　　　　　　　　Debtor | BANKRUPTCY CASE<br><br>NO.: 17-11512 |
| Branch Banking & Trust Company<br>　　　　　　　　　　　Movant<br><br>v.<br><br>Kristopher W. Kipp<br>Vicki E. Kipp<br>Shaun R. Kipp<br>　　　　　　　　　　　Respondents | CHAPTER 13 |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Branch Banking & Trust Company has filed a Motion for Relief from the Automatic Stay with the court seeking to lift the automatic Stay to allow it to repossess and sell that certain 2008 Chevrolet Cobalt, VIN 1G1AK18F187342209.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 22, 2017** you or your attorney must do all of the following:

    (a) file an answer explaining your position at: Clerk's Office, U.S. Bankruptcy Court for the Eastern District of Pennsylvania, 400 Washington Street, Reading, PA 19601.

    If you mail your answer to the bankruptcy court's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney

    　　　Peter E. Meltzer, Esquire
    　　　**Weber Gallagher**
    　　　2000 Market Street, 13th Floor
    　　　Philadelphia, PA 19103
    　　　Phone No.: 267-295-3363
    　　　Fax No.: 215-564-7699

1

If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling at **9:30 a.m. on September 28, 2017 in Courtroom No. 1**, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: September 5, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: KRISTOPHER W. KIPP<br>VICKI E. KIPP<br>　　　　　　　　　　Debtor | BANKRUPTCY CASE<br><br>NO.: 17-11512 |
| Branch Banking & Trust Company<br>　　　　　　　　　　Movant<br><br>v.<br><br>Kristopher W. Kipp<br>Vicki E. Kipp<br>Shaun R. Kipp<br>　　　　　　　　　　Respondents | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Peter E. Meltzer, hereby certify that on the below date, the foregoing *Motion of Branch Banking & Trust Company for Relief from the Automatic Stay, along with Notice of Motion, Response Deadline, and Hearing Date* was served via United States mail. First class, postage prepaid, and electronic notification via ECF/CM on the following:

Debtor
**Kristopher W. Kipp**
305 Faith Drive
Blandon, PA 19510

Represented by **GEORGE M. LUTZ**
Hartman, Valeriano, Magovern &
Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610

*Joint Debtor*
**Vicki E. Kipp**
305 Faith Drive
Blandon, PA 19510

Represented by **GEORGE M. LUTZ**
(See above for address)

*Trustee*
**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

represented by **LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500

Philadelphia, PA 19107

           **Weber Gallagher Simpson Stapleton Fires & Newby, LLP**

Dated: September 5, 2017

/s/ Peter E. Meltzer
Peter E. Meltzer, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
267-295-3363
Attorneys for Movant

2