**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>**KRISTOPHER W. AND VICKI E. KIPP,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-11512 REF** |

**DEBTORS' APPLICATION TO CONVERT FROM A PROCEEDING UNDER CHAPTER 13 OF THE BANKRUPTCY CODE TO A PROCEEDING UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 USC 1307(a)**

Debtors, by and through thier counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Application to Convert from a Proceeding Under Chapter 13 of the Bankruptcy Code to a Proceeding Under Chapter 7 of the Bankruptcy Code Pursuant To 11 USC 1307(a) and in support thereof set forth as follows:

1. The Debtors filed for protection under Chapter 13 of the United States Bankruptcy Code on March 5, 2017.

2. This case has not been previously converted.

WHEREFORE, the Debtors respectfully request this Court to enter an Order converting this case from a Chapter 13 case to a case under Chapter 7.

**Date:** September 13, 2017

          Respectfully submitted,

          **Hartman, Valeriano, Magovern & Lutz, P.C.**

**by:**    */s/ George M. Lutz*

          George M. Lutz, Esquire
          1100 Berkshire Boulevard, Suite 301
          Wyomissing, PA  19610
          Attorney I.D. No. 46437
          Phone:  610-779-0772
          Fax: 610-779-7473