UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: KRISTOPHER W. KIPP<br>VICKI E. KIPP<br>**Debtor** | BANKRUPTCY CASE<br><br>NO.: 17-11512 |
| **Branch Banking & Trust Company**<br>**Movant**<br>v.<br>**Kristopher W. Kipp**<br>**Vicki E. Kipp**<br>**Shaun R. Kipp**<br>**Respondents** | CHAPTER 13 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon consideration of the Motion of Branch Banking & Trust Company ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated relating to that certain 2008 Chevrolet Cobalt, VIN 1G1AK18F187342209.

ORDERED that this Order shall also be applicable to Shaun R. Kipp under Section 1301(c)(3) of the Bankruptcy Code.

**Date: October 3, 2017**

_____
Richard E. Fehling, U.S.B.J.