**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In Re: | Chapter 7 Bankruptcy |
|---|---|
| **KRISTOPHER W. AND VICKI E. KIPP,** | Bankruptcy No. 17-11512 REF |
| Debtors | |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses and the Debtors requests that the court grant the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: October 4, 2017

    Respectfully submitted,

    **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

    George M. Lutz, Esquire
    1100 Berkshire Blvd., Suite 301
    Wyomissing, PA 19610
    Attorney I.D. No. 46437
    Phone: 610-779-0772