United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-11512-ref
Kristopher W. Kipp                                                  Chapter 7
Vicki E. Kipp
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Oct 03, 2017
                              Form ID: pdf900        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db/jdb         +Kristopher W. Kipp,    Vicki E. Kipp,    305 Faith Drive,    Blandon, PA 19510-9604
cr             +Santander Consumer USA, Inc. dba Chrysler Capital,    P.O. Box 560284,    Dallas, TX 75356-0284
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy@bbandt.com Oct 04 2017 01:43:29      BB&T,    PO Box 1847,
                 Wilson, NC   27894-1847
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 01:45:31      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
```
              GEORGE M. LUTZ    on behalf of Joint Debtor Vicki E. Kipp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Kristopher W. Kipp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Caliber Home Loans, INC. paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    Caliber Home Loans, INC. amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    BB&T bankruptcy@wglaw.com,    state@wglaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    US Bank National Association pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: KRISTOPHER W. KIPP<br>VICKI E. KIPP<br>                    Debtor | BANKRUPTCY CASE<br><br>NO.: 17-11512 |
| Branch Banking & Trust Company<br>                    Movant<br>v.<br>Kristopher W. Kipp<br>Vicki E. Kipp<br>Shaun R. Kipp<br>                    Respondents | CHAPTER 13 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon consideration of the Motion of Branch Banking & Trust Company ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(l) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(l) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated relating to that certain 2008 Chevrolet Cobalt, VIN 1G1AK18F187342209.

ORDERED that this Order shall also be applicable to Shaun R. Kipp under Section 1301(c)(3) of the Bankruptcy Code.

**Date: October 3, 2017**

_____
Richard E. Fehling, U.S.B.J.