United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 17-11512-ref
Kristopher W. Kipp                                                                          Chapter 7
Vicki E. Kipp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                    Page 1 of 1                    Date Rcvd: Oct 05, 2017
                              Form ID: pdf900              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db/jdb        +Kristopher W. Kipp,    Vicki E. Kipp,    305 Faith Drive,    Blandon, PA 19510-9604
cr            +Santander Consumer USA, Inc. dba Chrysler Capital,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy@bbandt.com Oct 06 2017 01:56:40      BB&T,    PO Box 1847,
               Wilson, NC  27894-1847
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:53:14      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Joint Debtor Vicki E. Kipp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Kristopher W. Kipp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Caliber Home Loans, INC. paeb@fedphe.com
              KARINA   VELTER    on behalf of Creditor    Caliber Home Loans, INC. amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    BB&T bankruptcy@wglaw.com,    state@wglaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    US Bank National Association pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>**KRISTOPHER W. AND VICKI E. KIPP,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-11512 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,091.50 for reimbursement of actual, necessary fees, of which $1,500.00 was received pre-petition.

**BY THE COURT:**

**Date: October 5, 2017**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**Kristopher W. and Vicki E. Kipp**
**305 Faith Drive**
**Blandon, PA  19510**

**All creditors**