*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                      : Chapter 7

Kristopher W. Kipp and Vicki E. Kipp                              : Case No. 17–11512–ref
     Debtor(s)

### ORDER
_____

AND NOW, this day , December 22, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Richard E. Fehling
          Judge , United States Bankruptcy Court